UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEFENDERS OF WILDLIFE,

Plaintiff - Appellant,

v.

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; et al.,

Defendants - Appellees.

No. 26-5672

D.C. No.
3:26-cv-00298-ACP
District of Alaska,
Anchorage

ORDER

Before: HURWITZ and SUNG, Circuit Judges.

The motion (Docket Entry Nos. 7, 8) for injunctive relief is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The existing briefing schedule remains in effect.